```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13577
    TIMOTHY SAGE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6421


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/30/2007 and was not confirmed.

    The case was dismissed without confirmation 08/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------------
THE CIT GROUP             CURRENT MORTG       .00         .00           .00
THE CIT GROUP             UNSECURED      NOT FILED        .00           .00
HSBC MORTGAGE SERVICE     CURRENT MORTG       .00         .00           .00
HSBC MORTGAGE SERVICE     UNSECURED      NOT FILED        .00           .00
JAROS TITLE & OTOOLE      NOTICE ONLY    NOT FILED        .00           .00
GMAC                      SECURED NOT I  40055.15         .00           .00
HSBC MORTGAGE SERVICE     SECURED NOT I   1891.56         .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED       7877.40         .00           .00
THE CIT GROUP             SECURED NOT I  20948.12         .00           .00
FIFTH THIRD BANK          UNSECURED        844.29         .00           .00
PRO SE DEBTOR             DEBTOR ATTY        .00                        .00
TOM VAUGHN                TRUSTEE                                       .00
DEBTOR REFUND             REFUND                                        .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         ---------------    ---------------
TOTALS                      .00                   .00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 13577 TIMOTHY SAGE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/05/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```